[No. 13962. *En Banc.* May 22, 1917.]

NORTH PACIFIC SEA PRODUCTS COMPANY, *Appellant*, v. KING COUNTY *et al.*, *Respondents*.[1]

Appeal from a judgment of the superior court for King county, Frater, J., entered November 21, 1916, upon granting a nonsuit, dismissing an action to enjoin the collection of a tax. Affirmed.

*Winfield R. Smith*, for appellant.
*Alfred H. Lundin* and *Edwin E. Ewing*, for respondents.

PER CURIAM.—Counsel have filed a stipulation herein whereby it is agreed that, as identical questions are involved, the disposition of this case shall be controlled by our decision in *United States Whaling Co. v. King County*, ante p. 434, 165 Pac. 70. For this reason, the judgment herein is affirmed.

---

[No. 9771. *En Banc.* June 6, 1917.]

NORTHERN PACIFIC RAILWAY COMPANY, *Appellant*, v. P. J. CONCANNON *et al.*, *Respondents*.[2]

Appeals from judgments of the superior court for Pierce county, Card, J., entered March 22, 1911, in favor of the defendants, dismissing consolidated actions in ejectment. Affirmed.

*Geo. T. Reid*, *J. W. Quick*, and *L. B. da Ponte*, for appellant.
*Gordon, Easterday & Askren* and *Huffer, Hayden & Hamilton*, for respondents.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES.*

PER CURIAM.—Upon the facts as stated in the opinion filed in this court on October 7, 1913, 75 Wash. 591, 135 Pac. 652, and after reargument upon the record, we affirm the finding of the trial judge that respondent Concannon had acquired title to that part of the right of way of appellant now occupied by him, by adverse possession prior to the 28th day of April, 1904.

The judgment of the lower court is affirmed.

* NOTE: *Northern Pac. R. Co. v. Concannon*, 239 U. S. 382.

[1]Reported in 165 Pac. 656.
[2]Reported in 165 Pac. 657.